JINKS CROW, P.C.
PO Box 350
219 North Prairie Street
Union Springs, AL 36089
334-738-4225

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| CATHERINE MEINHARDT, | Case No.: 3:19-cv-16074-FLW-LHG |
| Plaintiff, | |
| v. | |
| JOHNSON & JOHNSON, et al., | MDL No. 2738 |
| Defendants. | **NOTICE OF APPEARANCE** |

**NOTICE OF APPEARANCE**

**COMES NOW**, Christina D. Crow, and hereby enters her Appearance as additional counsel on behalf of the Plaintiff Catherine Meinhardt in the above referenced matter.

**Respectfully submitted** on this day of May 12, 2026.

*/s/ Christina D. Crow*

Christina D. Crow
JINKS CROW, P.C.
PO Box 350
219 North Prairie Street
Union Springs, AL 36089
334-738-4225
christy.crow@jinkscrow.com

*Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 12, 2026, a copy of the foregoing Notice of Appearance was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

*/s/ Christina D. Crow*
Christina D. Crow